**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing STANDING ORDER FOR CIVIL CASES was served by first-class mail, postage prepaid, on the eighth day of April, 2025 upon:

      Noah Bopp and Shizua Hitori

      Emma Leheny
      Potomac Law
      1717 Pennsylvania Ave NW, Suite 1025
      Washington D.C. 20006

_____

**RECEIVED**

APR 17 2024

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia