**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| FABRICIANA DE SORIANO | 1:24-cv-03573-CJN |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| NOAH BOPP et al | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SHIZUHA HATORI
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1528 18th Street, NW, Washington, DC 20036

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

FABRICIANA DE SORIANO
769 Arnow Avenue
#3G
Bronx, NY 10467

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
/s/ Nicole M. Wilkens
TELEPHONE NUMBER: (202) 354-3120
DATE: 3/4/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 2/2
District of Origin No.: 16
District to Serve No.: 16
Signature of Authorized USMS Deputy or Clerk
Date: 3/5/2025

I hereby certify and return that I [✓] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
ROBERT TYREL LONDON   DIRECTOR OF ADMISSIONS
Date: 6/4/25
Time: 1:47 pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
Daniel J. Dalton
DUSM #31908

Costs shown on attached USMS Cost Sheet >>

REMARKS

**RECEIVED**
JUN 05 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Form USM-285
Rev. 03/21

AO 440b (Rev. 12/09; DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-03573-CJN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Shizuha Hatori
was received by me on *(date)* 5 Mar 2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Robert London , who is
designated by law to accept service of process on behalf of *(name of organization)* Noah Bopp et al
on *(date)* 4 June 2025 or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4 June 2025

*Server's signature*

Daniel Dalton  DUSM  USMS
*Printed name and title*

U.S. Marshals Service
U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

*Server's address*

Additional information regarding attempted service, etc:

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>FABRICIANA DE SORIANO | COURT CASE NUMBER<br>1:24-cv-03573-CJN |
|---|---|
| DEFENDANT<br>NOAH BOPP et al | TYPE OF PROCESS<br>Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
NOAH BOPP

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1528 18th Street, NW, Washington, DC 20036

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| FABRICIANA DE SORIANO<br>769 Arnow Avenue<br>#3G<br>Bronx, NY 10467 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PRIMARY ADDRESS IS: 1218 WALTER STREET, S.E. WASHINGTON, D.C. 20003

| Signature of Attorney other Originator requesting service on behalf of: /s/ Nicole M. Wilkens | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(202) 354-3120 | DATE<br>3/4/2025 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1/2 | District of Origin<br>No. 16 | District to Serve<br>No. 16 | Signature of Authorized USMS Deputy or Clerk | Date<br>3/5/2025 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) DIRECTOR OF ADMISSIONS<br>ROBERT TYREL LONDON | Date<br>6/4/25 | Time<br>1:48 | ☐ am<br>☒ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy<br># 3,908 DUSM | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS



RECEIVED
JUN 05 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Form USM-285
Rev. 03/21

AO 440b (Rev 12/09; DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-03573-CJN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Noah Bopp
was received by me on *(date)* 5 Mar 2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Robert London , who is
designated by law to accept service of process on behalf of *(name of organization)* Noah Bopp et al
on *(date)* 4 June 2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4 June 2025

*Daniel J. Dalton*
Server's signature

Daniel Dalton   USMS DUSM
Printed name and title

U.S. Marshals Service
U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

Server's address

Additional information regarding attempted service, etc: