**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FABRICIANA DE SORIANO,

     Plaintiff,

v.

NOAH BOPP and SHIZUHA HATORI,

     Defendants.

Case No.  1:24-CV-03573-CJN

**INDEX OF EXHIBITS SUBMITTED WITH DEFENDANTS'**
**REQUEST FOR JUDICIAL NOTICE**

| Exhibit | Description |
| --- | --- |
| 1 | Fabriciana de Soriano's Charge of Discrimination filed with the District of Columbia Office of Human Rights (24-300 P(N)) on July 10, 2024. |
| 2 | Email dated 07/30/2025 from Michael Quinn, FOIA Officer (OHR.FOIA@dc.gov) at the District of Columbia Office of Human Rights, confirming that charge number 24-300P(N) is still open. |

Dated: August 1, 2025                    **POTOMAC LAW GROUP, PLLC**

                                         */s/ Susan Sajadi*_____
                                         Susan Sajadi, DC Bar No. 1006572
                                         1717 Pennsylvania Avenue, NW, Suite 1025
                                         Washington, D.C., 20006
                                         Telephone: (917) 238-0990
                                         Fax: (202) 318-7707
                                         ssajadi@potomaclaw.com

## **CERTIFICATE OF SERVICE**

On August 1, 2025, I filed the forgoing document with the clerk of the court for the U.S.

District Court for the District of Columbia. I hereby certify that I have served the document on

all counsel and/or pro se parties of record.

*/s/ Susan Sajadi*
Susan Sajadi