# EXHIBIT 1

| CHARGE OF DISCRIMINATION This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | [X] FEPA | 24-300-P(N) |
| | [ ] EEOC | |

**D.C. Office Of Human Rights**

| Name (indicate Mr., Ms., Mrs.) | E-Mail Address | Home Phone | Date of Birth |
|---|---|---|---|
| **Fabriciana de Soriano** | **fabricianadesoriano@gmail.com** | **(347) 207-0175** | **N/A** |

| Street Address | City, State and ZIP Code |
|---|---|
| **244 5th Avenue, Suite N240** | **New York, NY 10001** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **The School for Ethics and Global Leadership** | **20+** | **(202) 680-3264** |

| Street Address | City, State and ZIP Code |
|---|---|
| **202 East Capitol Street NE,** | **Washington, DC 20003** |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN
[X] RETALIATION   [ ] AGE   [ ] DISABILITY   [X] OTHER (Specify below.

**Victims of Domestic Violence, Sexual Offenses, and Stalking Amendment Act of 2018**

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **06/23/2023**   Latest: **07/11/2023**

[ ] CONTINUING ACTION

THE PARTICULARS ARE:

Complainant filed her Initial Written Complaint with OHR on July 27, 2023.

Respondent hired me on June 23, 2023, Graduate Intern/Fellow. I believe that Respondent has discriminated against me and retaliated against me for exercising my rights under the Victims of Domestic Violence, Sexual Offenses, and Stalking Amendment Act of 2018 (DVSOS) for the following reasons:

**FAILURE TO ACCOMMODATE – DVSOS**

In April 2023, I asked Respondent's Founder and supervisor (Noah Bopp, male) for safe working environment (private room, and no physical touched) because I was sexually abused and victim of sex trafficking. I was given a private room, but the no physical contact was not respected. From June 23, 2023, until June 29, 2023, I was subjected to unwelcome sexual harassment from Mr. Bopp, the Founder, Faculty and Academic Dean Shizuha Hatori, as well as a student (first name, Veera).

Mr. Bopp came up behind me and placed his hand on my shoulder, squeezing it in the Stern Common Room and again in the Academic Building. Separately, Ms. Hatori also touched me in an unwanted way when she patted my thigh while I wore a skirt during a community meeting in the main common room. Finally, a student (Veera) also touched me in an unwanted way when she repeatedly put her hand/hands on my waist and arms, which came into contact with my breast. Another student (Joey) asked intrusive, inappropriate, and unwanted sexual questions about my virginity.

On June 29, 2023, I verbally filed a complaint of sexual harassment with Ms. Hatori, but no action was taken to protect me. I contend that Respondent denied me a reasonable accommodation as a victim of sexual assault (providing me safety from the individual who had assaulted me), as required by the Employment Protections for Victims of Domestic Violence, Sexual Offenses, and Stalking Amendment Act of 2018.

**RETALIATION (Discharge) – Requesting/Using a DVSOS Accommodation**

On July 11, 2023, Mr. Bopp terminated my employment alleging that I violated the Health Insurance Portability and Accountability Act of 1996 by seeing a student medical record. I believe that Respondent terminated my employment in retaliation for me requesting and using a reasonable accommodation under the DVSOS Amendment Act of 2018.

Therefore, I charge Respondent with unlawful discriminatory acts in violation of the Employment Protections for Victims of Domestic Violence, Sexual Offenses, and Stalking Amendment Act of 2018, which amended the DC Human Rights Act of 1977. I have not commenced any other civil, criminal, or administrative action based on the above allegations.

**Changes in Address and Number:**

**769 Arnow Avenue #3G Bronx, NY 10467**

**646-483-1160**

I want this charge filed with the State or local Agency, if any.  I will advise the Agency if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**7/10/2024**

*Date*

*Charging Party Signature*