# EXHIBIT 2

## Stacy Hayden

| | |
|---|---|
| **From:** | OHR.FOIA (OHR) <OHR.FOIA@dc.gov> |
| **Sent:** | Wednesday, July 30, 2025 8:42 AM |
| **To:** | Stacy Hayden |
| **Cc:** | OHR.FOIA (OHR) |
| **Subject:** | Re: OHR Case No. 24-300-P(N) - Request for Docket |

**WARNING:** External email, do not click on links or open attachments unless you recognize the sender's full email address and expect the attachments.

Stacy Hayden,

Our records indicate 24-300-P(N) is still open. The parties will receive notification if and when the case is closed. Additional inquiries about the status of the case should be sent to ohr.enforcementgreen@dc.gov

Best Regards,

**Michael Quinn**
*FOIA Officer*

District of Columbia Office of Human Rights
441 4th Street, N.W., Suite 570N
Washington, D.C.  20001

Main: 202.727.4559
Fax: 202.727.9589

**ohr.dc.gov**
facebook.com/DCOHR
twitter.com/dchumanrights
instagram.com/dchumanrights

STATEMENT OF CONFIDENTIALITY:  The information contained in this electronic message and any attachments to it are intended for the exclusive use of the addressees and may contain confidential or privileged information.  If you are not the intended recipient, please notify the sender immediately and destroy all copies of this message and any attachments.

**From:** Stacy Hayden <shayden@potomaclaw.com>
**Sent:** Wednesday, July 30, 2025 9:18 AM
**To:** OHR.FOIA (OHR) <OHR.FOIA@dc.gov>
**Subject:** RE: OHR Case No. 24-300-P(N) - Request for Docket

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Ok thank. Is there a way to confirm whether OHR Case No. 24-300P(N) is still pending with your office?

**Stacy Hayden** | Litigation Paralegal and Docketing Specialist | Potomac Law Group, PLLC
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, D.C. 20006
Tel: (618) 593-5646 | Fax: (202) 318-7707
shayden@potomaclaw.com | www.potomaclaw.com



*This e-mail and any attachments may contain information that is private, confidential, and/or privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message and any attachments.*

---

**From:** OHR.FOIA (OHR) <OHR.FOIA@dc.gov>
**Sent:** Tuesday, July 29, 2025 8:33 AM
**To:** Stacy Hayden <shayden@potomaclaw.com>
**Cc:** OHR.FOIA (OHR) <OHR.FOIA@dc.gov>
**Subject:** OHR Case No. 24-300-P(N) - Request for Docket

**WARNING:** External email, do not click on links or open attachments unless you recognize the sender's full email address and expect the attachments.

Dear Stacy Hayden,

The D.C. Office of Human Rights ("OHR") Ask the Director account forwarded to this office your below inquiry:

> *[I]s there a way to get a copy of the docket for OHR No. 24-300-P(N), Fabriciana De Soriano v. The School for Ethics and Global Leadership online or do I need to submit a FOIA request?*

OHR interprets this as a general inquiry, and not as a request under the D.C. Freedom of Information Act (FOIA).

Pursuant to the FOIA exemption found at D.C. Code § 2-534(a)(6) (records exempt from disclosure pursuant to statute), the D.C. Human Rights Act provides that complaints filed with OHR are to be confidential, and only available to the parties after the investigation has closed and the reconsideration period has passed.  D.C. Code §§ 2-1401.02(16)(C) & 2-1402.52(c)(2) (as amended in 2023 by D.C. Law No. 24-0295) (data, documents, information, reports, and records filed with the office are not to be made public and are only available to the parties after the closure of the case and passage of the reconsideration period); 4 DCMR § 723 (private sector complaints are only to be made available to the parties after the investigation has closed and the reconsideration period has passed); 4 DCMR § 110.4 (in D.C. government complaints, only the Complainant, Complainant's representative, agency head, and EEO Officer may have access to complaint files at the end of the reconsideration period).

There is no "docket" for OHR cases available outside of the FOIA process described above. If you wish to obtain the case file or specific records, it must be done in compliance with the requirements described above.

Specifically, you must specify that you are or represent a party, and the case must be closed the reconsideration has passed.

Best Regards,

**Michael Quinn**
*FOIA Officer*

District of Columbia Office of Human Rights
441 4th Street, N.W., Suite 570N
Washington, D.C.  20001

Main: 202.727.4559
Fax: 202.727.9589

**ohr.dc.gov**
facebook.com/DCOHR
twitter.com/dchumanrights
instagram.com/dchumanrights

STATEMENT OF CONFIDENTIALITY:  The information contained in this electronic message and any attachments to it are intended for the exclusive use of the addressees and may contain confidential or privileged information.  If you are not the intended recipient, please notify the sender immediately and destroy all copies of this message and any attachments.

3