UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FABRICIANA DE SORIANO,   )<br>  )<br>  *Plaintiff*,   )<br>  )<br>v.   )<br>  )<br>NOAH BOPP, et al.,   )<br>  )<br>  *Defendants*.   )<br>_____)  | Case No.: 1:24-CV-03573 (CJN) |

PLAINTIFF'S MOTION FOR
ENLARGEMENT OF TIME TO FILE RESPONSE
TO DEFENDANT'S MOTION TO DISMISS AND
<u>MOTION TO TAKE JUDICIAL NOTICE</u>

Comes now Plaintiff, Fabriciana De Soriano (hereinafter "Plaintiff"), by and through undersigned counsel with her Motion for Enlargement of Time to File a Response to Defendant's Motion to Dismiss, and states as follows:

In accordance with the Court's order of August 6, 2025, providing Plaintiff additional time to secure legal counsel, Plaintiff retained the undersigned on or about September 2, 2025. Counsel, having had no time to fully review the case, is now seeking a final extension until Friday, September 26, 2025, to file her response. Plaintiff has sought consent for this motion from Defendant, and Defendant does not consent to the relief requested.

For the reasons discussed in the attached Memorandum of Law, Plaintiff's request for a short extension until September 26, 2025, is reasonable, does not create an undue burden on Defendant, is not made in bad faith or for a deleterious purpose, and does not unduly delay proceedings. Plaintiff's Motion is sound and should be GRANTED.

Respectfully submitted,

1

>/s/*Pamela M. Keith*
> Pamela M. Keith
> Kelli Slater
> CENTER FOR EMPLOYMENT JUSTICE
> 650 Massachusetts Ave. NW
> Suite 600
> Washington, DC 20001
> (202) 800-0292
> pamkeith@centerforemploymentjustice.com
> kslater@centerforemploymentjustice.com
> *Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FABRICIANA DE SORIANO,      ) | |
|        *Plaintiff*,         ) | |
|                              ) | Case No.: 1:24-CV-03573 (CJN) |
| v.                           ) | |
| NOAH BOPP, et al.,           ) | |
|        *Defendants*.       ) | |

**MEMORANDUM OF LAW
IN SUPPORT OF
PLAINTIFF'S MOTION FOR
ENLARGEMENT OF TIME TO FILE RESPONSE
TO DEFENDANT'S MOTION TO DISMISS
AND MOTION TO TAKE JUDICIAL NOTICE**

Comes now Plaintiff, Fabriciana De Soriano (hereinafter "Plaintiff"), by and through undersigned counsel with her Memorandum of Law in support of her Motion for Enlargement of Time to File her Response to Defendant's Motion to Dismiss, and states as follows:

**INTRODUCTION**

Heretofore, Plaintiff has been proceeding in this matter *pro se*. By Order of the Court dated August 6, 2025, Plaintiff was given until September 3, 2025, to file a response to Defendant's Motion to Dismiss and Motion to Take Judicial Notice. Plaintiff retained the undersigned on or about September 2, 2025, which has simply not afforded sufficient time for Counsel to become familiar with the case and draft a response in time for the Court's deadline. For the reasons developed below, Plaintiff asks for a final extension until September 26, 2025, to file her response. In accordance with Local Rule 7(m), Plaintiff has sought the consent of Counsel for Defendant, and Defendant does not consent to the relief requested.

3

As will be explained below, justice requires that this motion be granted and that Plaintiff be granted the time for counsel to consider all of the arguments raised by Defendant for dismissal of the case, and to respond accordingly. This minimal delay will in no way prejudice Defendant or substantially delay proceedings, and will allow the Court to fully consider Plaintiff's claims with the benefit of counsel to outline and advocate their merit.

## LEGAL STANDARD

The question of whether or not to grant a timely filed Motion for Enlargement of Time to respond to a motion, rests entirely in the discretion of the court. *See Wilson v. Prudential Fin.*, 218 F.R.D. 1, 3 (D.D.C. 2003) (D.C. Circuit recognizes that "the discretion to enforce this rule lies wholly with the district court."). If an opposing party requests an enlargement of time before the due date expires, the court may exercise its discretion under Federal Rule of Civil Procedure 6(b) and enlarge the time period "for cause shown." FED.R.CIV.P. 6(b); *Lujan v. Nat'l Wildlife Fed'n,* 497 U.S. 871, 896, (1990). Inasmuch as this motion is timely filed, neglect is not at issue.

## ARGUMENT

Plaintiff asks for additional time because she has had difficulty finding counsel with employment law expertise who could help her. Counsel herein was retained the day before Plaintiff's response to the pending motions were due, and as such, Counsel has had no time to become familiar with the case, and to consider Defendant's arguments in the Motion to Dismiss and the Motion to Take Judicial Notice. Unfortunately, due to scheduling conflicts in other cases, two of which have close of discovery deadlines in September, counsel will need a few weeks to fully evaluate Defendant's arguments and prepare a response, be it in a memorandum in opposition or an amended complaint. The delay requested is for no other reason than to allow Plaintiff the

benefit of the advice of counsel in pursuing her claims, and time for Counsel to appropriately respond.

This case is still in the preliminary stages. Discovery has not yet begun, and there is no straight faced argument that Defendants would be prejudiced or inhibited in developing their defenses by the delay requested. Nor is the motion filed in bad faith, or for a deleterious motive. Plaintiff acted diligently to secure legal counsel that she could actually afford. This was no small feat, all things considered. Counsel herein was retained on or about September 2, 2023, which permitted virtually no time to consider or draft a response before the Court's deadline.

Plaintiff files this motion in a timely manner, and Defendant will not be prejudiced in any way by allowing counsel time to prepare a response. The delay requested is not excessive, and is not requested in bad faith.

## **CONCLUSION**

For these reasons, this Motion should be GRANTED, and Plaintiff should be given until September 26, 2025, to file her response to the pending motions.

Respectfully submitted,

/s/*Pamela M. Keith*
Pamela M. Keith
Kelli Slater
CENTER FOR EMPLOYMENT JUSTICE
650 Massachusetts Ave. NW
Suite 600
Washington, DC 20001
(202) 800-0292
pamkeith@centerforemploymentjustice.com
kslater@centerforemploymentjustice.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      This is to certify that the foregoing Plaintiff's Motion for Enlargement of Time to File her Response to Defendant's Motion to Dismiss and Motion to Take Judicial Notice was served on September 3, 2025, via ECF court filing on counsel of record:

Sarah Sajadi
POTOMAC LAW GROUP
1717 Pennsylvania Ave. NW
Suite 1025
Washington, DC 20006
(917) 238-0990
ssajadi@potomaclaw.com
*Counsel for Defendants*

                                                /s/*Pamela Keith*
                                                Pamela M. Keith

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FABRICIANA DE SORIANO,<br><br>　　*Plaintiff*,<br><br>v.<br><br>NOAH BOPP, et al.,<br><br>　　*Defendants*. | Case No.: 1:24-CV-03573 (CJN) |

**ORDER**

Upon consideration of Plaintiff's Motion for Enlargement of Time to File her Response to Defendant's Motion to Dismiss and Motion to Take Judicial Notice, the Memorandum of Law in support thereof, Defendant's Opposition and the entire record in this matter, the Court hereby GRANTS Plaintiff's Motion. Plaintiff's Response to Defendant's Motion to Dismiss and Defendant's Motion to Take Judicial Notice will be due on or before September 26, 2025.

So ORDERED,

_____                                     _____
Date                                                                                   Judge Carl J. Nichols

Cc:

　　Attorneys of Record

7