UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FABRICIANA DE SORIANO, | ) |
|     *Plaintiff*, | ) |
| v. | ) Case No.: 1:24-CV-03573 (CJN) |
| NOAH BOPP, et al., | ) |
|     *Defendants*. | ) |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO FILE HER OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

Comes Now Plaintiff, Fabriciana De Soriano, by and through undersigned counsel, with her first motion for enlargement of time to file his Opposition to Defendant's Motion to Dismiss, and states as follows:

Plaintiff moves this Court for an enlargement of time to file her Opposition to Defendant's Motion to Dismiss of twenty one (21) days, until on or before February 20, 2026. Plaintiff seeks this relief for the reasons outlined in the attached Memorandum of Law. Defendant consents to the relief requested and asks that their reply brief be due on or before March 6, 2026. For the reasons developed in the attached Memorandum of Law, the Motion is sound and should be GRANTED.

Respectfully submitted,

 /s/Pamela M. Keith
Pamela M. Keith
CENTER FOR EMPLOYMENT JUSTICE
650 Massachusetts Ave. NW
Suite 600

1

Washington, DC 20001
(202) 800-0292
pamkeith@centerforemploymentjustice.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FABRICIANA DE SORIANO,          )<br>                                                         )<br>        *Plaintiff*,                              )<br>                                                         )<br>v.                                                    )<br>                                                         )<br>NOAH BOPP, et al.,                       )<br>                                                         )<br>        *Defendants*.                         )<br>_____)  | Case No.: 1:24-CV-03573 (CJN) |

**MEMORANDUM OF LAW
IN SUPPORT OF PLAINTIFF'S CONSENT MOTION
FOR ENLARGEMENTOF TIME TO FILE HIS OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS**

COMES NOW Plaintiff, by and through undersigned counsel, and respectfully moves this Honorable Court to enlarge the time in which Plaintiff is required to file her Opposition to Defendant's Motion to Dismiss.

1. Consistent with Federal Rule 12, the undersigned is required to file Plaintiffs' Opposition to Defendant's Motion to Dismiss by January 30, 2026.

2. Plaintiff's Counsel has recently had a bout with the flu that left her incapacitated for several days and created a backlog of work that has created a substantial burden and conflict in her schedule.

3. Additionally, Plaintiff's counsel has several scheduling conflicts due to discovery closing in other cases.

4. Thus, the undersigned seeks an enlargement of twenty one (21) days to file Plaintiff's Opposition to Defendant's Motion to Dismiss. Plaintiff's Opposition would thus be due on or before February 20, 2026.

3

5.  Counsel for Defendant consents to the requested relief, but asks that their reply will be due on or before March 6, 2026.

6.  This is Plaintiff's first request for an enlargement of time to oppose the Motion to Dismiss.

7.  No party will be prejudiced by the requested enlargement of time.

                                        Respectfully submitted,

                                        /s/ *Pamela M. Keith*
                                        Pamela M. Keith
                                        CENTER FOR EMPLOYMENT JUSTICE
                                        650 Massachusetts Ave. NW
                                        Suite 600
                                        Washington, DC 20001
                                        Tel: (202) 800-0292
                                        Fax: (202) 807-5725
                                        pamkeith@centerforemploymentjustice.com
                                        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Plaintiff's Consent Motion for Enlargement of Time to File her Response to Defendant's Motion to Dismiss was served on January 21, 2026, via ECF court filing on counsel of record:

Sarah Sajadi
POTOMAC LAW GROUP
1717 Pennsylvania Ave. NW
Suite 1025
Washington, DC 20006
(917) 238-0990
ssajadi@potomaclaw.com
*Counsel for Defendants*

5

/s/*Pamela Keith*
Pamela M. Keith

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FABRICIANA DE SORIANO,        ) | |
| ) | |
| *Plaintiff*,        ) | |
| ) | Case No.: 1:24-CV-03573 (CJN) |
| v.        ) | |
| ) | |
| NOAH BOPP, et al.,        ) | |
| ) | |
| *Defendants*.        ) | |
| ) | |

**ORDER**

UPON CONSIDERATION of Plaintiff's Consent Motion for an Enlargement of Time to file her Opposition to Defendant's Motion to Dismiss, her Memorandum of Points and Authorities in support thereof, and the entire record herein, it is this ___ day of _____, 2026, hereby ORDERED, that the Motion is GRANTED and the Plaintiffs' Opposition is now due on or before _____. Defendant's Reply will be due on or before _____.

So ORDERED,

                                                                                                  _____
                                                                                                   Judge Carl J. Nichols

Copies to:

Attorneys of Record