**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FABRICIANA DE SORIANO,<br><br>Plaintiff,<br><br>v.<br><br>NOAH BOPP, SHIZUHA HATORI, THE SCHOOL OF ETHICS AND GLOBAL LEADERSHIP, and JACK KENT COOK FOUNDATION<br><br>Defendants. | Case No. 1:24-CV-03573-CJN |

**CONSENT MOTION FOR EXTENSION OF TIME FOR PARTIES TO SUBMIT JOINT MEET AND CONFER REPORT AND PROPOSED ORDER**

Defendants Noah Bopp ("Bopp"), Shizuha Hatori ("Hatori"), and The School of Ethics and Global Leadership ("SEGL"), through their attorneys, hereby move this Court for an extension of time for the parties to submit the Joint Meet and Confer Report and Proposed Scheduling Order and in support of their motion, state as follows:

1. On September 23, 2026, the Court ordered the Parties to meet and confer and to submit a Joint Meet and Confer Report addressing all topics listed in Local Civil Rule 16.3(c) and a Proposed Scheduling Order pursuant to Local Civil Rule 16.3(d) on or before October 14, 2026.

2. On September 24, 2026, counsel for Defendants Bopp, Hatori and SEGL contacted Plaintiff via telephone to request an extension of the October 14, 2026 filing deadline.

3. Plaintiff agreed to an extension of the deadline to file the Joint Meet and Confer report and Proposed Scheduling Order to November 3, 2026.

4. Plaintiff agreed to an extension of the deadline to file the Joint Meet and Confer report and Proposed Scheduling Order to November 3, 2026.

5. Counsel for Defendants is out of the country for a significant amount of time in October.

6. Defendants have been granted 2 previous extensions of time. Plaintiff has been granted three previous extensions of time.

7. There are no other deadlines currently set in this matter.

8. No party will be prejudiced by granting this extension.

WHEREFORE, Defendants Bopp, Hatori, and SEGL respectfully request the Court enter an agreed order extending the deadline for the parties to submit a Joint Meet and Confer Report addressing all topics listed in Local Civil Rule 16.3(c) and a Proposed Scheduling Order pursuant to Local Civil Rule 16.3(d) to November 3, 2026.

Dated: September 28, 2026

**POTOMAC LAW GROUP, PLLC**

*/s/ Susan Sajadi*__________
Susan M. Sajadi
Potomac Law Group PLLC
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, D.C., 20006
Telephone: (917) 238-0990
Fax: (202) 318-7707
ssajadi@potomaclaw.com

**CERTIFICATE OF SERVICE**

On September 28, 2026, I filed the forgoing document with the clerk of the court for the U.S. District Court for the District of Columbia using the Court's electronic filing system that will serve a copy on all counsel and/or parties of record.

*/s/ Susan Sajadi*
Susan Sajadi